

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00001-CV

_____


IN THE INTEREST OF K.B., A CHILD


On Appeal from the 115th Judicial District Court
Upshur County, Texas
Trial Court No. 179-11


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

James'[1] parental rights to K.B. were terminated. James is represented on appeal by court-appointed counsel who has filed a brief in accordance with the requirements of *Anders v. California*, 386 U.S. 738 (1967).[2] Court-appointed counsel has concluded that, after a thorough review of the record, this appeal is frivolous and without merit.

The *Anders* brief filed by James' counsel presents a professional evaluation of the record demonstrating why there are no arguable grounds for reversal. Counsel has established that he provided James with a copy of the *Anders* brief, notified him of his right to file a pro se response, and explained how he could obtain a copy of the appellate record. James has not exercised his right to file a pro se response. Court-appointed counsel's brief meets the requirements of *Anders* by providing a professional evaluation of the record and advancing a contention of possible error which might arguably support the appeal. *See Anders*, 386 U.S. at 744; *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978).

---

[1]To protect the privacy of K.B., we will refer to the biological father as James.

[2]We have previously recognized and agreed that *Anders* applies to an appeal from a termination of parental rights. *In re P.M.H.*, No. 06-10-00008-CV, 2010 WL 1794390, at *1 (Tex. App.—Texarkana May 6, 2010, no pet.) (mem. op.).

Having thoroughly reviewed the record and counsel's brief, we agree with counsel's assessment that the appeal is frivolous and without merit. We find nothing in the record that could arguably support the appeal. We affirm the trial court's final order terminating James' parental rights to K.B. and grant counsel's motion to withdraw.

Josh R. Morriss, III
Chief Justice

Date Submitted:     May 10, 2012
Date Decided:      May 11, 2012